IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>EXPEDIA, INC., EXPEDIA, INC., HOMEAWAY.COM, INC., HOTELS.COM L.P., HOTWIRE, INC., ORBITZ WORLDWIDE, INC., ORBITZ, LLC, AND TRAVELSCAPE LLC,<br><br>    Defendants, | Civil Action No. 17-1875-LPS-CJB |

**EXPEDIA GROUP, INC., EXPEDIA, INC., HOTELS.COM LP, HOTWIRE, INC., ORBITZ WORLDWIDE, INC., ORBITZ LLC, AND TRAVELSCAPE LLC'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(3) AND 12(b)(6)**

Pursuant to Rule 12 of the Federal Rules of Civil procedure, defendants Expedia Group, Inc. ("Expedia Group"[1]), Expedia, Inc., a Washington corporation ("Expedia-WA"), Hotels.com LP ("Hotels.com"), Hotwire, Inc. ("Hotwire"), Orbitz Worldwide, Inc., Orbitz LLC, and Travelscape LLC ("Travelscape"), move to dismiss IBM's claims against them. Defendants Expedia-WA, Hotels.com, and Travelscape move under Fed. R. Civ. P. 12(b)(3) based on improper venue and under Fed. R. Civ. P. 12(b)(6) based on IBM's failure to adequately plead its

---

[1] Effective March 26, 2018, the defendant formerly named Expedia, Inc., a Delaware corporation ("Expedia-DE"), changed its name to Expedia Group, Inc. Declaration of Michael Marron in Support of Defendants' Motion to Dismiss Under Rule 12(b)(3) and Rule 12(b)(6) ("Marron Decl."), ¶ 4. Accordingly, this brief refers to named defendant Expedia-DE, the non-operating holding company, as "Expedia Group." The name of defendant Expedia, Inc., a Washington corporation (Expedia-WA) has not changed.

claims. Defendants Expedia Group, Hotwire, Orbitz Worldwide, Inc., and Orbitz, LLC move under Fed. R. Civ. P. 12(b)(6) based on IBM's failure to adequately plead its claims.

The support for the moving defendants' motion is set forth in the moving defendants' Opening Brief and supporting declarations, filed contemporaneously herewith.

|  |  |
|---|---|
|  | <u>/s/ Francis DiGiovanni</u> |
|  | Francis DiGiovanni (#3189) |
|  | Thatcher A. Rahmeier (#5222) |
|  | DRINKER BIDDLE & REATH LLP |
| Of Counsel: | 222 Delaware Avenue, Suite 1410 |
|  | Wilmington, DE 19801 |
| David B. Weaver | (302) 467-4200 |
| Joseph Gray | francis.digiovanni@dbr.com |
| Christopher V. Ryan | thatcher.rahmeier@dbr.com |
| BAKER BOTTS LLP |  |
| 98 San Jacinto, Suite 1500 | *Attorneys for Defendants* |
| Austin, Texas 78701 |  |
| (512) 322-2500 |  |
| david.weaver@bakerbotts.com |  |
| joseph.gray@bakerbotts.com |  |
| chris.ryan@bakerbotts.com |  |

Dated: May 29, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 17-1875-LPS-CJB |
| EXPEDIA, INC., EXPEDIA, INC., HOMEAWAY.COM, INC., HOTELS.COM L.P., HOTWIRE, INC., ORBITZ WORLDWIDE, INC., ORBITZ, LLC, AND TRAVELSCAPE LLC, | | |
| Defendants, | | |

## ORDER

This Court, having considered Defendants' Motion to Dismiss, and argument thereupon,

IT IS SO ORDERED, this \_\_\_\_\_ day of _____, 2018, that the Motion is GRANTED.

_____
United States District Judge