## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **C.A. No. 17-1875-LPS-CJB** ) |
| EXPEDIA, INC., EXPEDIA, INC., HOMEAWAY.COM, INC., HOTELS.COM L.P., HOTWIRE, INC.,  ORBITZ WORLDWIDE, INC., ORBITZ, LLC, AND TRAVELSCAPE LLC, | ) **JURY TRIAL DEMANDED** ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff International Business Machines Corporation and Defendants Expedia Group, Inc. (f/k/a/ Expedia, Inc.), Expedia, Inc., HomeAway.com, Inc., Hotels.com L.P., Hotwire, Inc., Orbitz Worldwide, Inc., Orbitz LLC, and Travelscape LLC hereby stipulate that all remaining claims between the Parties and their Subsidiaries in the Litigation in the above-captioned action are hereby dismissed with prejudice.  Each side shall bear its own costs, expenses, and attorney's fees.

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Francis DiGiovanni* |
| Kelly E. Farnan (#4395) | Francis DiGiovanni (#3189) |
| Richards Layton & Finger | Thatcher A. Rahmeier (#5222) |
| One Rodney Square | drinker Biddle & Reath LLP |
| 920 North King Street | 222 Delaware Avenue |
| Wilmington, DE 19801 | Suite 1410 |
| 302-651-7700 | Wilmington, DE 19801 |
| farnan@rlf.com | (302) 467-4200 |
| | francis.digiovanni@dbr.com |
| *Attorneys for Plaintiff International Business* | thatcher.rahmeier@dbr.com |
| *Machines Corporation* | |
| | *Attorneys for Defendants Expedia Group,* |
| | *Inc., Expedia, Inc., HomeAway.com, Inc.,* |
| | *Hotels.com L.P., Hotwire, Inc., Orbitz* |
| | *Worldwide, Inc., Orbitz LLC, and* |
| | *Travelscape LLC* |

OF COUNSEL:

John M. Desmarais
Karim Z. Oussayef
Laurie N. Stempler
Robert C. Harrits
Brian D. Matty
Michael Matulewicz-Crowley
Alexandra E. Kochian
Jun Tong
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400

OF COUNSEL

David B. Weaver
Joseph Gray
Christopher V. Ryan
BAKER BOTTS L.L.P.
98 San Jacinto, Suite 1500
Austin, Texas 78701
(512) 322-2500

Dated:  September 30, 2019

**SO ORDERED**, this _____ day of _____, 2019.

_____
CHIEF, UNITED STATES DISTRICT JUDGE